*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# S T A T E   O F   M I C H I G A N

# C O U R T   O F   A P P E A L S

CHARTER COUNTY OF WAYNE,

       Plaintiff-Appellant,

v

WAYNE COUNTY RETIREMENT
COMMISSION,

       Defendant-Appellee,

and

WAYNE COUNTY BOARD OF
COMMISSIONERS,

       Intervenor-Appellee.

UNPUBLISHED
May 9, 2019

No. 339714
Wayne Circuit Court
LC No. 17-004750-AW

Before: O'BRIEN, P.J., and JANSEN and RONAYNE KRAUSE, JJ.

JANSEN, J. (*concurring*)

       I concur in the result only.

                                    /s/ Kathleen Jansen